IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re: Robert Tauler | Case No. 1:21-mc-00675 |

**ROBERT TAULER'S REQUEST FOR CONTINUANCE**

## REQUEST FOR CONTINUANCE

I, Robert Tauler, hereby respectfully request a 28-day continuance of the hearing on my request for review of my application for admission to the U.S. District Court for the Western District of Texas, currently scheduled for September 3, 2021.

I only became aware of this hearing on August 2, 2021, prior to which I had already booked travel to Europe for the days of August 31 through September 11.



Furthermore, I plan to have a lawyer representing me in this action, and that person will need adequate time to properly prepare for this hearing.

For those foregoing reasons, I respectfully request that the September 3, 2021 hearing in this matter be continued for 28 days to October 1, 2021.

DATED: August 3, 2021							Respectfully submitted,

By:	*/s/ Robert Tauler*
	Robert Tauler, Esq.
	Texas State Bar No. 24122095
	rtauler@taulersmith.com
	Tauler Smith LLP
	100 Congress Ave., Suite 2000
	Austin, TX 78701
	Telephone: (512) 456-8760