UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re: Robert Tauler § § § § § NO:   AU:21-MC-00675-RP

## ORDER GRANTING MOTION TO CONTINUE

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for a VIDEO HEARING on October 15, 2021 at 02:00 PM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 12th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE