# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE: ROBERT TAULER | Civil Action No. 1:21-mc-00675-RP |

## MOTION TO QUASH

On September 10, 2021, Mr. Tauler served the attached subpoena on Robert Kinney requesting his appearance at a hearing in this matter on October 15, 2021. *See*, Dkt. 2; Dkt. 4. First, Kinney is willing to attend the hearing. Second, it is not clear whether this is an evidentiary hearing allowing for witness testimony. Third, Kinney does not believe he has anything relevant to provide the Court other than what is already in the record. Should this be an evidentiary hearing at which the Court desires Kinney's attendance, Kinney will gladly attend. Otherwise, Kinney hereby respectfully moves that the Court quash the attached subpoena.

Dated: September 13, 2021　　　　　　　Respectfully Submitted,

/s/ Robert E. Kinney
Robert E. Kinney
Texas State Bar No. 00796888
Robert@KinneyPC.com

**Robert E. Kinney**
824 West 10th Street, Suite 200
Austin, Texas 78701
Tel: (512) 636-1395