**EXHIBIT**

**A**

**Martha Dickie**

| | |
|---|---|
| **From:** | Robert Tauler <rtauler@taulersmith.com> |
| **Sent:** | Wednesday, September 15, 2021 6:20 PM |
| **To:** | Martha Dickie |
| **Cc:** | Luca Stein; Matt Smith |
| **Subject:** | Re: In Re Tauler |

You know what's abusive?  A Secret Committee of good old boys deciding behind closed doors who has the right to a lawyer and who has the right to practice law.

You know what's harassing?  Having to defend yourself against a corrupt system that makes decisions about your livelihood in secret.  This is how the Soviets would operate, and this does not belong in the United States of America.

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com


On Sep 15, 2021, at 5:33 PM, Martha Dickie <MDickie@abdmlaw.com> wrote:


There is really no middle ground here to discuss. Your subpoenas are harassing and abusive.   I am conferring with you.  If you wish to withdraw your subpoenas, please indicate that.  If not, I will file the Motion to Quash.

<image001.jpg>
Martha S. Dickie
Almanza, Blackburn, Dickie & Mitchell LLP
2301 S. Capital of Texas Hwy, Bldg. H
Austin, Texas  78746
(512) 474 9486
(512) 478 7151 fax

msdickie@aol.com
mdickie@abdmlaw.com
www.abdmlaw.com

**From:** Robert Tauler <rtauler@taulersmith.com>
**Sent:** Wednesday, September 15, 2021 5:18 PM
**To:** Martha Dickie <MDickie@abdmlaw.com>
**Cc:** Luca Stein <lstein@taulersmith.com>; Matt Smith <msmith@taulersmith.com>
**Subject:** Re: In Re Tauler

Counsel,

How about a telephonic meet and confer so we can work something out?  Your email is just an ultimatum.  No explanation or anything.  I urge you to comply with local Rule AT-2, which you have summarily ignored in my prior efforts to communicate with you like a decent human being.  Please remember that  Rule AT-2 is what caused Judge Austin to call me "deplorable" in December of last year, and I thought he went overboard on that, but you are not even trying to follow the local rules.  What gives?  Why won't you talk to me?  Is the die already cast for me and that's why you don't fee the need to follow the rules?

Luca, please schedule a time for us to speak like decent Texas Lawyers (in case you don't know I was recently admitted to the Texas State Bar).

Robert Tauler, Esq.
Tauler Smith LLP
626 Wilshire Blvd. Suite 510
Los Angeles, CA 90017
(310) 590-3927
www.taulersmith.com

> On Sep 15, 2021, at 4:10 PM, Martha Dickie <MDickie@abdmlaw.com> wrote:
>
> Dear Mr. Tauler:
>
> I will be filing a Motion to Quash on behalf of the Admissions Committee Members whom you subpoenaed to testify at the October 15th hearing, unless you agree to withdraw these subpoenas. If I do not receive from you by noon Friday, September 17, 2021, a return email indicating your agreement to withdraw the subpoenas, I will indicate to the Court that the Motion to Quash is opposed.
>
> Sincerely,
>
> Martha Dickie
>
> <image001.jpg>
> Martha S. Dickie
> Almanza, Blackburn, Dickie & Mitchell LLP
> 2301 S. Capital of Texas Hwy, Bldg. H
> Austin, Texas  78746
> (512) 474 9486
> (512) 478 7151 fax
>
> msdickie@aol.com
> mdickie@abdmlaw.com
> www.abdmlaw.com