IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| *In Re:* Robert Tauler | § § § § § § § § § § | 1:21-mc-675-RP |

## ORDER

Before the Court is the Opposed Motion to Quash of Gary Zausmer, Kevin Cole, Michael Marin, Viktor Olavson, Lisa A. Paulson, Archie Carl Pierce, and David Whittlesey (collectively, "the Admissions Committee"), (Dkt. 15), and the Opposed Motion to Quash of Robert E. Kinney ("Kinney"), (Dkt. 12). All seek to quash the subpoena served on them by Robert Tauler ("Tauler"). (Dkt. 15 at 4; Dkt. 12 at 1). Pursuant to Federal Rule of Civil Procedure 45(d)(3)(A), a motion to quash or modify a subpoena must be granted when it "subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3)(A). Insofar as the objects of Tauler's subpoenas of the Admissions Committee and Kinney are immaterial to Tauler's hearing to review his application for admission to the U.S. District Court of the Western District of Texas, the Court finds that the subpoenas create an undue burden.

Accordingly, **IT IS ORDERED** that the Admissions Committee's motion to quash, (Dkt. 15), is **GRANTED**.

**IT IS FURTHER ORDERED** that Kinney's motion to quash, (Dkt. 12), is **GRANTED**.

**SIGNED** on September 24, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE