IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| *In Re* Robert Tauler | § § § § § § § § § |  1:21-CV-675-RP |

## ORDER

On February 16, 2021, the Admissions Committee of the Austin Division of the Western District of Texas recommended against the admission of Robert Tauler ("Tauler"). (Dkt. 1). On March 18, 2021, Tauler requested that the District Court review the Admissions Committee's decision not to recommend his admission. (*Id.*). On October 15, 2021, the Court held a hearing regarding Tauler's admission to the Western District, at which time Tauler was invited to respond to the specific concerns posed by the Admissions Committee regarding his application for admission. After considering Tauler's arguments and giving Tauler additional warnings about the behavior that is expected for attorneys practicing in the Western District, the Court finds that Tauler's application for admission to Western District of Texas should be **GRANTED**.

**IT IS ORDERED** that the Admissions Committee (comprised of the neutral parties in this case, Archie Carl Pierce, Kevin W. Cole, Michael Marin, Viktor Olavson, Lisa Paulson, David Whittlesey, and Gary E. Zausmer) authorize Tauler's admission to practice in the Western District of Texas.

**SIGNED** on October 29, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE