Name: Mark Poe

Address: 3222 Noela Dr.

Honolulu, HI 96815

Phone Number: 650-799-8283

Email Address: mpoe@gawpoe.com

*Pro Se*

FILED

SEP 30 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| IN RE: ROBERT TAULER | CASE NUMBER |
|---|---|
| | 1:21-CV-00675-RP |
| PLAINTIFF(S) | |
| v. | APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY |
| DEFENDANT(S) | |

As the ☐ Plaintiff  ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for
X Proposed Intervenor
permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: September 25, 2022                    Signature: /s/ Mark Poe

Mark Poe
3222 Noela Dr.
Honolulu, HI 96815
mpoe@gawpoe.com
650-799-8283

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, TX 78701

September 25, 2022

Re: *In Re: Robert Tauler*, No. 1:21-CV-00675-RP

Dear Clerk's Office:

Although I've been a lawyer authorized to make ECF filings in various federal district courts for around 18 years, I am filing the included motion as a pro se litigant, and I understand that initial pro se filings are to be made in paper. Accordingly, please find included:

- An original and a copy of my motion to intervene in the captioned case;
- An original and a copy of my declaration in support of that motion;
- A motion for permission to register for ECF filing

Please feel free to call or email me with any questions.

Regards,

Mark Poe

Mark Poe
3222 Noela Dr.
Honolulu, HI 96815



USPS FIRST-CLASS MAIL®

SHIP TO:
AUSTIN TX 78701

(420) 78701

U.S. POSTAGE
$3.12
FCM LG ENV
96816
Date of sale
09/26/22
06  2S SSK
11488422

8.30 oz

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, TX 78701